**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-cr-17 RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARNULFO DURON-DE LUNA,
a/k/a Arnulfo Duron; Arnulfo Guadalupe-Duron-Deluna; Arnulfo Guadal-Duron; Arnulfo Duron-Guadalupe; Miguel Angel Olivares; and Angel Duron,

    Defendant.

**INDICTMENT**

The Grand Jury charges:

### COUNT 1

On or about November 10, 2021, in the State and District of Colorado, the defendant, ARNULFO DURON-DE LUNA, a/k/a Arnulfo Duron; Arnulfo Guadalupe-Duron-Deluna; Arnulfo Guadal-Duron; Arnulfo Duron-Guadalupe; Miguel Angel Olivares; and Angel Duron, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about December 23, 2020, and without the express consent of the proper legal authority to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

## NOTICE OF ENHANCED PENALTY

The defendant is subject to the enhanced penalty under Title 8, United States Code, Section 1326(b)(2) because his denial of admission, exclusion, deportation and removal was subsequent to a conviction for an aggravated felony offense.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney


<u>By:   s/Valeria Spencer</u>
Valeria Spencer
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  valeria.spencer@usdoj.gov
Attorney for Government

2