| | |
|---|---|
| **DEFENDANT:** | ARNULFO DURON-DE LUNA |
| **AGE/YOB:** | 1986 |
| **COMPLAINT FILED?** | ___ Yes   _X_ No<br>If Yes, MAGISTRATE CASE NUMBER_____ |
| **HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?** | __ Yes   _X_ No<br>If No, a new warrant is required |
| **OFFENSE(S):** | Count 1: Illegal Re-entry After Deportation, 8 U.S.C. § 1326(a), (b)(2) |
| **LOCATION OF OFFENSE:** | Denver County, Colorado |
| **PENALTY:** | Count 1:<br>• If the enhanced penalty does not apply, NMT 2 years imprisonment, NMT $250,000 fine or both; NMT 1 year supervised release; $100 Special Assessment fee.<br>• If the enhanced penalty under (b)(1) applies, NMT 10 years imprisonment; NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment fee.<br>• If the enhanced penalty under (b)(2) applies, NMT 20 years imprisonment; NMT $250,000 or both; NMT 3 years supervised release; $100 Special Assessment fee. |
| **AGENT:** | Shawna Weir<br>Deportation Officer, ICE |
| **AUTHORIZED BY:** | Valeria Spencer<br>Assistant U.S. Attorney |

**ESTIMATED TIME OF TRIAL:**

_X_ five days or less; ___ over five days

**THE GOVERNMENT**

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.