AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>ARNULFO DURON-DE LUNA,<br>a/k/a Arnulfo Duron; Arnulfo Guadalupe-Duron-Deluna; Arnulfo Guadal-Duron; Arnulfo Duron-Guadalupe; Miguel Angel Olivares; and Angel Duron,<br>*Defendant* | Case No. 22-cr-17 RM |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ARNULFO DURON-DE LUNA,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a), (b)(2) in violation of Illegal Re-entry After Deportation

Date: 01/06/2022

s/E. Van Alphen, deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*