IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-00017-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

    **ARNULFO DURON-DE LUNA,**

        Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 7th day of February, 2022.

                COLE FINEGAN
                United States Attorney

        By:    *s/Albert Buchman*
                ALBERT BUCHMAN
                Assistant United States Attorney
                United States Attorney's Office
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Telephone: 303-454-0100
                Fax: 303-454-0405
                Email: Al.buchman@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 7th day of February, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Stephanie Price*
Legal Assistant
United States Attorney's Office