## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:22-cr-00017-001

UNITED STATES OF AMERICA,

Plaintiff

v.

Arnulfo Duron-De Luna

Defendant.
_____

### NOTICE OF APPEARANCE OF COUNSEL
_____

    Benjamin R. LaBranche hereby enters his appearance as court appointed CJA counsel for ARNULFO DURON DE-LUNA in the above-captioned case. Pursuant to D.C.COLO.L.AttyR 5 (a)(3)(C), undersigned counsel hereby certifies that he is a member in good standing of the bar of this court.

    Dated: September 14, 2022

    Respectfully Submitted:

*/s/Benjamin R. LaBranche*
Benjamin R. LaBranche
1544 Race St.
Denver, CO 80206
Phone: 225-927-5495
ben@brllawyer.com

*Attorney for Arnulfo Duron-De Luna*

## Certificate of Service

   I certify that on September 14, 2022, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

              */s/Benjamin R. LaBranche*
              Benjamin R. LaBranche