AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 SEP 20 AM 9: 19

JEFFREY P. COLWELL
CLERK

BY:_____ DEP. CLK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| ARNULFO DURON-DE LUNA, | ) | Case No.  22-cr-17 RM |
| a/k/a Arnulfo Duron; Arnulfo | ) | |
| Guadalupe-Duron-Deluna; Arnulfo Guadal-Duron; | ) | |
| Arnulfo Duron-Guadalupe; Miguel Angel Olivares; and | ) | |
| Angel Duron, | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    ARNULFO DURON-DE LUNA,                                                                                        ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1326(a), (b)(2) in violation of Illegal Re-entry After Deportation

Date:      01/06/2022                                              s/E. Van Alphen, deputy Clerk
                                                                      *Issuing officer's signature*

City and state:    Denver, Colorado                              Jeffrey P. Colwell, Clerk of Court
                                                                      *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 1/6/22 , and the person was arrested on *(date)* 9/14/22 at *(city and state)* Denver, CO . |
| Date: 9/14/22                                    _____ |
|                                                  *Arresting officer's signature* |
|                                                  P. Bliss  DEO/USMS |
|                                                  *Printed name and title* |