IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00017-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ARNULFO DURON-DE LUNA,
    a/k/a Arnulfo Duron,
    a/k/a Arnulfo Guadalupe-Duron Deluna,
    a/k/a Arnulfo Guadal-Duron,
    a/k/a Arnulfo Duron-Guadalupe,
    a/k/a Miguel Angel Olivares,
    a/k/a Angel Duron,

    Defendant.

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about November 10, 2021, in the State and District of Colorado, the defendant, ARNULFO DURON-DE LUNA, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about December 23, 2020, and without the express consent of the proper legal authority to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

### NOTICE OF ENHANCED PENALTY

The defendant is subject to the enhanced penalty under Title 8, United States

Code, Section 1326(b)(1) because his denial of admission, exclusion, deportation and removal was subsequent to a conviction for a felony offense.

## COUNT 2

On or about September 13, 2022, in the State and District of Colorado, the defendant, ARNULFO DURON-DE LUNA, knowingly received and possessed firearms: a short-barreled rifle and silencer, not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## Forfeiture Allegation

1. The allegations contained in Count 2 this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 26, United States Code, Section 5872; Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Count 2 of this Indictment involving violations of Title 26, United States Code, Sections 5841, 5861(d), and 5871, the defendant ARNULFO DURON-DE LUNA shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872; Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offense, including but not limited to the following: (1) short-barreled rifle recovered on September 13, 2022, and (2) silencer recovered on September 13, 2022.

3. If any of the property described in paragraph two above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;

      d)    has been substantially diminished in value; or

      e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

                         A TRUE BILL:

                         <u>Ink signature on file in Clerk's Office</u>
                         FOREPERSON

COLE FINEGAN
United States Attorney


By: *s/ Albert Buchman*
Albert Buchman
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0228
Fax:  303-454-0406
E-mail:  al.buchman@usdoj.gov
Attorney for Government