| | |
|---|---|
| DEFENDANT: | ARNULFO DURON-DE LUNA<br>a/k/a Arnulfo Duron,<br>a/k/a Arnulfo Guadalupe-Duron Deluna,<br>a/k/a Arnulfo Guadal-Duron,<br>a/k/a Arnulfo Duron-Guadalupe,<br>a/k/a Miguel Angel Olivares,<br>a/k/a Angel Duron |
| AGE/YOB: | 1986 |
| | CRIMINAL CASE NUMBER 22-cr-00017-RM |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    __ Yes    _x_   No

OFFENSE(S):   Count 1:  8 U.S.C. § 1326(a), (b)(2): Illegal Re-entry After Removal
Count 2: 26 U.S.C. § 5861(d): Possession of Unregistered Firearm

LOCATION OF OFFENSE:   Denver County, Colorado

PENALTY:   Count 1: Depending on the Court's determination of the Defendant's criminal history:
- If the enhanced penalty does not apply, NMT 2 years' imprisonment, NMT $250,000 fine, or both; NMT 1 year supervised release; $100 Special Assessment Fee.
- If the enhanced penalty under (b)(1) applies, NMT 10 years imprisonment; NMT $250,000 fine or both; NMT 3 years supervised release; $100 Special Assessment fee.

Count 2: NMT 10 years' imprisonment, NMT $10,000 fine, or both, NMT 3 years' supervised release; $ 100 Special Assessment Fee.

AGENT:   SA Keith Wilson, ATF
SA Ben Bentancurd, HSI

AUTHORIZED BY:   Albert Buchman
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 _x_  five days or less; ___ over five days

<u>THE GOVERNMENT</u>

 x   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.