# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:22-cr-00017-001

UNITED STATES OF AMERICA,

Plaintiff

v.

Arnulfo Duron-De Luna

Defendant.

_____

## NOTICE OF DISPOSITION
_____

      The defendant, Arnulfo Duron-De Luna, through his attorney respectfully informs this court that a disposition has been reached between the Government and the Defendant. Mr. Duron-De Luna requests that his matter be set for a change of plea hearing, and that all pending court dates and deadlines be vacated.

      *Dated: January 3, 2023*

      Respectfully submitted,

*s/ Benjamin R. LaBranche*
Benjamin R. LaBranche
1544 Race St
Denver, CO 80206
Phone:   225-927-5495
Email:   ben@brllawyer.com

*Attorney for Arnulfo Duron-De Luna*

**Certificate of Service**

       I certify that on January 3, 2023, I electronically filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Al Buchman
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
Al.Buchman@usdoj.gov

                                    */s/Benjamin R. LaBranche*
                                    Benjamin R. LaBranche