**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 22-cr-00017-RM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ARNULFO DURON-DE LUNA,
a/k/a Arnulfo Duron; Arnulfo Guadalupe-Duron-Deluna; Arnulfo Guadal-Duron;
Arnulfo Duron-Guadalupe; Miguel Angel Oliveras; and Angel Duron,

     Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

     Pursuant to the Notice of Disposition filed on January 3, 2023 (ECF No. 25), a Change of Plea Hearing is set for **February 14, 2023** at **9:00 a.m.  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) not later than 72 hours before the change of plea hearing**.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

     The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the motions/response deadlines, the trial preparation conference scheduled for **March 10, 2023**, and the three-day jury trial scheduled for **March 20, 2023,** are VACATED.

DATED this 6th day of January, 2023.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge