#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO
#### JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:   Cathy Pearson<br>Court Reporter:   Tammy Hoffschildt<br>Probation:   n/a | Date:   February 14, 2023<br>Interpreter:   n/a |

**CASE NO.   22-cr-00017-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Albert Buchman |
|          Plaintiff, | |
| v. | |
| ARNULFO DURON-DE LUNA, | Ben LaBranche |
|          Defendant. | |

### COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION:**        9:02 a.m.

Appearances of counsel.   Defendant is present and in custody.

Defendant is sworn and answers true name.   Defendant is 36 years old.

**EXHIBITS:**   Plea documents received.

Defendant waives reading of the Superseding Indictment.

Defendant pleads GUILTY to Counts 1 and 2 of the Superseding Indictment.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

The Court states findings and conclusions, accepts plea of guilty, and defers acceptance of the Plea Agreement until the time of sentencing.

**ORDERED:** The Probation Department **shall** conduct an independent factual investigation in this case.

**ORDERED:** Any pretrial motions still pending in this matter are **DENIED** as moot.

**ORDERED:** Sentencing is set for **April 14, 2023, at 1:00 p.m.**

**ORDERED:** Any information, release, data, or material provided to the Probation Department by the defendant shall be used by the Probation Department only for the preparation of the report and for no other purposes without further order from the Court.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**COURT IN RECESS:**     9:35 a.m.
**Total in court time:**     00:33
**Hearing concluded.**