## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: April 14, 2023 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation: Josh Roth | |

**CASE NO. 22-cr-00017-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Albert Buchman |
| Plaintiff, | |
| v. | |
| ARNULFO DURAN-DE LUNA, | Ben LaBranche |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**Court in session:   1:01 p.m.**

Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on February 14, 2023, to Counts 1 and 2 of the Superseding Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

**ORDERED:**   Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to USSG § 3E1.1(b) (Doc. 36) is GRANTED.

Argument given regarding sentencing.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

The Court states its findings and conclusions.

**ORDERED:** Defendant's motion is DENIED.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, ARNULFO DURON-DE LUNA, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **30 months as to Counts 1 and 2, to be served concurrently.**

**ORDERED:** Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **three (3) years as to Counts 1 and 2, to be served concurrently.**

**ORDERED:** While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:** Defendant shall pay **$200** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed, because the defendant has no ability to pay a fine.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:** 1:40 p.m.
Hearing concluded.
Total time: 00:39